# United States Bankruptcy Court
### District of Massachusetts

In re  **Edward James Grimaldi**                                    Case No. **21-30463**
                                  Debtor(s)                          Chapter **7**

## VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: **January 5, 2022**                    **/s/ Edward James Grimaldi**
                                              **Edward James Grimaldi**
                                              Signature of Debtor

Amazon/Portfolio Recovery
PO Box 12914
Norfolk, VA 23541

Berkshire Bank/Elan Financial
Radius Global Solutions
PO Box 390900
Minneapolis, MN 55439

C&W Real Estate Company, LLC
101 State Street
Springfield, MA 01103

Capital One
Attn: Bankruptcy
P.O. Box 30285
Salt Lake City, UT 84130

Capital One
P.O. Box 31293
Salt Lake City, UT 84131

Cavalry Portfolio Services
Attn: Bankruptcy
500 Summit Lake Drive, Suite 400
Vahalla, NY 10595

Cavalry Portfolio Services
500 Summit Lake Drive
Valhalla, NY 10595

Citibank North America
Citibank SD MC 425
5800 South Corp Place
Sioux Falls, SD 57108

Citibank North America
P.O. Box 6497
Sioux Falls, SD 57117

Cohn and Dussi, LLC
68 Harrison Ave., Suite 502
Boston, MA 02111

Comcast
PO Box 530098
Atlanta, GA 30353

Commercial Distributing
PO Box 1476
Westfield, MA 01085

Commonwealth of Massachusetts
Office of the Attorney General
Fair Labor Division
One Ashburton Place, Rm. 1813
Boston, MA 02108

Craft Beer Guild
Ferrante & Associates
21205 41st Avenue
Bayside, NY 11361

Credit Collection Services
Attn: Bankruptcy
725 Canton St
Norwood, MA 02062

Credit Collection Services
P.O. Box 710
Norwood, MA 02062

Falvey Linen
100 Brookdale Drive
Springfield, MA 01104

Florence Bank
85 Main Street
Florence, MA 01062

Home Depot/Citi Cards
PO Box 790345
Saint Louis, MO 63179

Horizon Beverage
PO Box 1165
Norton, MA 02766

IRS
P.O. Box 7346
Philadelphia, PA 19101-7346

John Whalley
1 Whalley Way
Southwick, MA 01077

Kabbage Loans
730 Peachtree NE, Suite 1100
Atlanta, GA 30308

Kohls/Capital One
Attn: Credit Administrator
P.O. Box 3043
Milwaukee, WI 53201

Kohls/Capital One
P.O. Box 3115
Milwaukee, WI 53201

Lowes/ Synchrony Bank
PO Box 530914
Atlanta, GA 30353-0914

Mansfield Paper
380 Union Street
West Springfield, MA 01089

Martinetti Grocery Co.
Stephen C. Garabedian
500 W. Cummings Park, Suite 2425
Woburn, MA 01801

Massachusetts Attorney General's Office
P.O. Box 412985
Boston, MA 02241-2985

MDOR
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114-9564

Performance Food Group
1 Performance Blvd.
Springfield, MA 01104

Quality Beverage
880 Burnett Road
Chicopee, MA 01020

Shellpoint
Attn: Bankruptcy
P.O. Box 10826
Greenville, SC 29603

Shellpoint
55 Beattie Place
Greenville, SC 29601

Springfield Foodservice Corporation
d/b/a PFG Springfield
340 Taylor Street
PO Box 3024
Boston, MA 02111

Stacey Lee Grimaldi
10 Coyote Glen
Southwick, MA 01077

```
Sysco
100 Inwood Road
Cromwell, CT 06416

US Bank
Attn: Bankruptcy
800 Nicollet Mall
Minneapolis, MN 55402

US Bank
CB Disputes
Saint Louis, MO 63166

Wells Fargo Dealer Services
Attn: Bankruptcy
1100 Corporate Center Drive
Raleigh, NC 27607

Wells Fargo Dealer Services
P.O. Box 71092
Charlotte, NC 28272
```