# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## WESTERN DIVISION

**EDWARD JAMES GRIMALDI,**
      **Debtor**

Chapter 7
Case No. 21-30463-EDK

## MOTION TO AMEND MATRIX

NOW COMES Edward James Grimaldi (the "Debtor") and moves to amend his Creditor Address Matrix as follows:

1. Matrix – to add creditors.

    Amazon/Portfolio Recovery
    PO Box 12914
    Norfolk, VA  23541

    Berkshire Bank/Elan Financial
    Radius Global Solutions
    PO Box 390900
    Minneapolis, MN  55439

    C&W Real Estate Company, LLC
    101 State Street
    Springfield, MA  01103

    Comcast
    PO Box 1476
    Westfield, MA  01085

    Commercial Distributing
    PO Box 1476
    Westfield, MA  01085

    Craft Beer Guild
    Ferrante & Associates
    21205 41st Avenue
    Bayside, NY  11361

Falvey Linen
100 Brookdale Drive
Springfield, MA  01104

Florence Bank
85 Main Street
Florence, Ma  01062

Horizon Beverage
PO Box 1165
Norton, Ma  02766

Kabbage Loans
930 Peachtree NE, Suite 1100
Atlanta, GA  30308

Lowes/Synchrony Bank
PO Box 530914
Atlanta, GA  30353-0914

Mansfield Paper
380 Union Street
West Springfield, MA  01089

Martinetti Grocery Co.
Stephen C. Garabedian
500 W. Cummings Park, Suite 2425
Woburn, MA  01801

Sysco
100 Inwood Road
Cromwell, CT  06416

Performance Food Group
1 Performance Blvd.
Springfield, MA  01104

Quality Beverage
880 Burnett Road
Chicopee, MA  01020

WHEREFORE, the Debtor moves that the matrix be amended as set forth above.

Respectfully submitted this 5th day of January, 2022.

                            Edward James Grimaldi
                            By his Attorney

By:   /s/ Steven Weiss
       Steven Weiss, Esquire
       BBO #545619
       Shatz, Schwartz and Fentin, P.C.
       1441 Main Street, Suite 1100
       Springfield MA  01103
       413/737-1131
       sweiss@ssfpc.com

21\0313\motion to amend matrix

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**WESTERN DIVISION**

| | |
|---|---|
| **EDWARD JAMES GRIMALDI,** Debtor | **Chapter 7** **Case No. 21-30463-EDK** |

**CERTIFICATE OF SERVICE**

    I, Steven Weiss, Esquire of Shatz, Schwartz and Fentin, P.C. Attorney for Debtor in the above-entitled matter, hereby certify that on January 5, 2022, a copy of the foregoing **Motion to Amend Matrix** was served via first class and/or electronic mail to all creditors listed and to:

Edward J. Grimaldi
45 Old Quarry Road
Westfield, MA  01085

Gray M. Weiner, Esq.
Weiner Law Firm, P.C.
1441 Main Street, Suite 610
Springfield, MA  01103

                                        /s/ Steven Weiss, Esquire
                                        Steven Weiss