UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:  Edward James Grimaldi ,<br>        Debtor | Chapter: 7<br>Case No: 21–30463<br>Judge Elizabeth D. Katz |

**ORDER DISCHARGING TRUSTEE**
**AND CLOSING CASE**

It is hereby **ORDERED** that Gary M. Weiner, the Trustee is discharged from any further duties herein and that this case is hereby closed pursuant to 11 U.S.C. § 350(a).

Date:4/4/22                                                                                            By the Court,

                                                                                                       Elizabeth D. Katz
                                                                                                       U.S. Bankruptcy Judge